## STATE ex BENNETT v INDUST COMM

Ohio Appeals, 1st Dist, Hamilton Co

No 4769.   Decided Jan 7, 1935

Shook, Davies, Hoover & Beall, Cincinnati, for plaintiff.

John W. Bricker, Attorney General, Columbus, R. R. Zurmehly, Columbus, and Raymond J. Kunkel, Cincinnati, for defendant.

## OPINION

By HAMILTON, PJ.

The motion to quash the service of summons will be overruled.  It is established that an objection to the jurisdiction of the court of the subject matter or a motion to dismiss a suit or proceeding upon any other grounds than the court's jurisdiction over the person, operates as a general entry of appearance.  **Handy v Insurance Co., 37 Oh St, 366.  Smith v Hoover, 39 Oh St, 249, at 257.  Elliott v Lawhead, 43 Oh St, 171. Klein v Lust, 110 Oh St, 197.**

The Commission, therefore, having by the motion entered its appearance in the case, the motion will be overruled.  Judgment accordingly.

ROSS, J, concurs.